**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARDS ET AL,

    Plaintiff,

v.

HARRIS ET AL,

    Defendant.
_____/

No. C 11-02493SI

**CLERK'S NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 28, 2011, at 2:30 p.m.

Please report to Courtroom #10, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102.

Dated: June 10, 2011

RICHARD W. WIEKING, Clerk

Tracy Porakis
Deputy Clerk