STEVEN C. MITCHELL, ESQ., SBN 124644
ROBERT W. HENKELS, ESQ., SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: 707/545-1660
Facsimile: 707/545-1876

Attorneys for Defendants
CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134) and DOES 1 to 20,<br><br>Defendants. | CASE NO.: CV 11 2493 LB<br><br>**NOTICE OF APPEARANCE** |

Defendants City of Rohnert Park and Officer Dean Becker (RP134) are represented in the referenced matter by the law offices of Geary, Shea, O'Donnell, Grattan & Mitchell, P.C., by Steven C. Mitchell and Robert W. Henkels, 37 Old Courthouse Square, Fourth Floor, Santa Rosa, CA 95404, Telephone: 707/545-1660, Facsimile: 707/545-1876, email smitchell@gsoglaw.com.

DATED: June 14, 2011

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By _____
ROBERT W. HENKELS
Attorneys for Defendants
CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134)

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.