STEVEN C. MITCHELL, ESQ., SBN 124644
ROBERT W. HENKELS, ESQ., SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone:  707/545-1660
Facsimile:  707/545-1876

Attorneys for Defendants
CITY OF ROHNERT PARK
and OFFICER DEAN BECKER (RP134)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134) and DOES 1 to 20,<br><br>Defendants. | CASE NO.:  CV 11 2493 LB<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANTS CITY OF ROHNERT PARK AND OFFICER DEAN BECKER TO RESPOND TO FIRST AMENDED COMPLAINT TO SEPTEMBER 12, 2011 |

TO THIS HONORABLE COURT:

Pursuant to Northern District Local Rule 6-1, the parties, through their respective counsel, agree and stipulate as follows:

1.   The date currently set for defendants CITY OF ROHNERT PARK and OFFICER DEAN BECKER to respond to plaintiffs BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.'s Complaint is July 25, 2011.

///

///

LAW OFFICES OF
GEARY, SHEA, O'DONNELL GRATTAN & MITCHELL P.C.

- 1-
Stipulation to Extend Time for Defendants to Respond to Complaint

2. The Court, in its Order of June 21, 2011, ordered the above referenced case and *Haynie v. Harris,* Case No. CV 10-1255 SI to be consolidated and that the briefing already filed relating to the State of California's Motion to Dismiss in *Haynie* was to be applicable in the instant action. In that Order, the Court set the hearing date for the State's Motion to Dismiss for August 5, 2011.

3. To provide sufficient time for the parties in the instant matter to evaluate the case after the State's Motion has been decided by this Court, the parties hereby agree and stipulate that the time for defendants CITY OF ROHNERT PARK and OFFICER DEAN BECKER to respond to plaintiffs' Complaint in the above titled case shall be extended to **September 12, 2011**.

4. This extension of time for defendants to respond does not alter the date of any event or deadline already fixed by this Court.

IT IS SO STIPULATED.

DATED: July ___, 2011        LAW OFFICES OF DONALD KILMER


By _____/s/_____
DONALD KILMER
Attorneys for Plaintiffs
BRENDAN JOHN RICHARDS, THE
CALGUNS FOUNDATION, INC., and THE
SECOND AMENDMENT FOUNDATION,
INC.


DATED: July ___, 2011        GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.


By _____/s/_____
ROBERT W. HENKELS
Attorneys for Defendants
CITY OF ROHNERT PARK and OFFICER
DEAN BECKER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES OF
**GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.**