STEVEN C. MITCHELL, ESQ., SBN 124644
ROBERT W. HENKELS, ESQ., SBN 255410
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants
CITY OF ROHNERT PARK, OFFICER DEAN BECKER
CITY OF COTATI, ANDREW LYSSAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK AARON HAYNIE, BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity) and CALIFORNIA DEPARTMEN TOF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134), and DOES 1 TO 20,<br><br>　　Defendants. | CASE NO.: CV 11 2493 SI<br>　　　　　　　CV 10 01255 SI<br>　　　　　　　(Consolidated Cases)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUNDATION, INC.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, CITY OF ROHNERT PARK, OFFICER DEAN BECKER (RP134) and DOES 1 to 20,<br><br>　　Defendants. | CASE NO.: CV 11 05580 SI<br>　　　　　　　CV 12 0452 LB<br>　　　　　　　(Related Cases) |

LAW OFFICES OF
**GEARY, SHEA, O'DONNELL GRATTAN & MITCHELL P.C.**

| | |
|---|---|
| MAX JOSEPH PLOG-HOROWITZ, THE CALGUNS FOUNDATION, INC., and THE SECOND AMENDMENT FOUDNATION, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>KAMALA HARRIS, Attorney General of California (in her official capacity), CALIFORNIA DEPARTMENT OF JUSTICE, COTATI POLICE DEPARTMENT, CITY OF COTATI, ANDREW LYSSAND (CO 0339) and DOES 1 TO 20,<br><br>    Defendants. | CASE NO.:  CV 12 0452 LB |

The parties to the above-entitled actions, all either consolidated and/or related, jointly submit this JOINT CASE MANAGEMENT STATEMENT pursuant to the Standing Order for All Judges of the Northern District of California.

**1.    Jurisdiction and Service:** This Court has federal question jurisdiction over plaintiffs' claims in each of the consolidated and related actions.

**2.    Facts:**

*Richards v. City of Rohnert Park, et. al.* 3:11-CV-02493 SI (*Richards* I)

On May 20, 2010, at approximately 6:00 am, Officer Dean Becker responded to a call to Motel 6 in Rohnert Park, California. Officer Becker approached the motel room and found Brendan Richards standing out in front of the doorway. Brendan Richards admitted he had firearms in the trunk and Becker inspected the trunk. Officer Becker believed that the two rifles found in the trunk violated California Penal Code § 30605(a), the Assault Weapons Control Act, and placed Mr. Richards under arrest.

After reviewing the incident report prepared by Officer Becker, the Sonoma County District Attorney charged Richards with two violations of the Assault Weapons Control Act ("AWCA"), as well as four counts for possession of large capacity magazines. On September 9, 2010, the District Attorney's office dropped all charges against Richards. California Department of Justice Bureau of Forensic Services Senior Criminalist John Yount had prepared a report which

stated that it was his opinion that none of the firearms in Richards' possession at the time of his arrest were assault weapons within the meaning of the AWCA. Specifically, Yount believed that one of the rifles possessed a "bullet button," that therefore it did not have a "detachable magazine" and thus it was not an assault rifle.

Plaintiffs Brendan Richards, the Calguns Foundation, and the Second Amendment Foundation, have filed suit against Kamala Harris and the California Department of Justice seeking an order of this Court declaring the AWCA unconstitutional. They have also filed suit against Officer Becker and the City of Rohnert Park seeking damages predicated on 42 U.S.C. § 1983.

*Richards v. Harris,* 3:11-CV-05580-SI (*Richards II*)

On August 14, 2011, Richards was arrested by the Sonoma County Sheriff's Department. After searching the plaintiff's trunk, Sheriff Deputy Greg Myers located a Springfield Armory M1A rifle. Deputy Myers, thinking that the rifle was equipped with a "flash suppressor," when according to criminalist John Yount it was equipped with a "muzzle break," arrested Richards for violation of the Assault Weapons Control Act. Charges were again dismissed.

Plaintiffs in this matter allege that the AWCA is "vague and ambiguous" on the grounds that it is unclear "whether a device is a flash suppressor, flash hider, muzzle break, and/or recoil compensator" and thus they claim it unclear whether a rifle is an assault rifle or not. Plaintiffs filed suit against the County of Sonoma and Deputy Myers in addition to naming the State of California defendants. They have since settled with the County defendants and they are no longer party to this suit.

*Haynie v. Harris,* 3:10-CV-01255 SI

Plaintiff Mark Aaron Haynie was arrested by officers of the Pleasanton Police Department on February 7, 2009 for possession of an assault weapon under California Penal Code § 12280 et seq. Haynie paid $6,000 to a bail bondsman. Haynie's rifle also had a "bullet button" which makes the magazine of the rifle non-detachable. His rifle was not listed in California Penal Code § 12276 and could not be identified under Penal Code § 12276.1, the sections of the AWCA which define "assault weapon." The Alameda County District Attorney's Office declined to file an information against Haynie, and the matter was dropped from the Alameda County Superior Court Criminal

Docket on March 27, 2009. Haynie was released on that same date. Haynie obtained a finding of factual innocence under California Penal Code § 851.8 on October 21, 2009. The Calguns Foundation paid for Haynie's legal representation. Haynie originally brought suit against the City of Pleasanton, the City of Pleasanton Police Department, and Doe defendants seeking damages, but the City and police department were dismissed from the case after payment to Haynie of $6,000 and a release of all other claims.

In *Haynie*, plaintiffs seek an order declaring the Deadly Weapons Statutes unconstitutional. They make no claim for civil damages.

*Ploghorowitz v. City of Cotati*, CV 12 0452 LB

In the afternoon of March 29, 2011, Officer Andrew Lyssand was dispatched to Max Ploghorowitz's residence regarding a potentially stolen firearm. After inspecting other firearms at the residence, Officer Lyssand came to believe that two other rifles violated the AWCA. He took those two firearms for further inspection and contacted a Special Agent at ATF regarding the same. Later, Judge Shelby Averill issued a warrant for Ploghorowitz's arrest and on July 19, 2011, Officer Lyssand arrested him. The Sonoma County District Attorney's Office filed charges but criminalist John Yount issued a report that it was his opinion that the rifles did not violate the AWCA. Plaintiffs have filed suit against Officer Lyssand and the City of Cotati for damages.

**3.     Legal Issues:**

A.     Did Officer Becker have probable cause to arrest Brendan Richards?

B.     Did Officer Lyssand have probable cause to arrest Max Ploghorowitz?

C.     Does Officer Dean Becker have qualified immunity?

D.     Does Officer Lyssand have qualified immunity?

E.     Did the searches of Richards' trunk violate the Fourth Amendment?

F.     Are the Assault Weapons Control Act unconstitutionally vague and ambiguous?

G.     Do the Assault Weapons Control Act violate the Second Amendment?

H.     Does California Penal Code § 12031(e) violate the Fourth Amendment?

///

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

### 4. **Motions:**

*Prior Motions*.

Defendant Department of Justice filed a Motion to Dismiss in *Haynie v. Harris* on May 6, 2011. On June 22, 2011 this Court entered an Order consolidating the *Haynie* matter and the *Richards* matter for purpose of the hearing. On October 22, 2011, this Court granted the Department's Motion and granted leave to amend. It also ordered that plaintiffs file a consolidated complaint, thereby consolidating the two cases.

On December 23, 2011, the City of Rohnert Park and Officer Dean Becker filed a Motion to Dismiss. On July 30, 2012, this Court issued an Order granting that motion in part and denying it in part.

*Expected Motions*.

Plaintiffs are to file amended complaint(s) on September 4, 2012. Each party intends to file motions for summary judgment under Rule 56 and will coordinate the filing and hearings of the motions. Further, defendants, although they have no current intention, reserve the right to challenge any amended complaint pursuant to Rule 12. The local entity defendants also may move for separate trials if necessary, and for bifurcation.

### 5. **Amendment of Pleadings**:

Pursuant to stipulation of the parties, plaintiffs will file an amended complaint, responsive to this Court's October 22, 2011 Order by September 4, 2012. In that amended pleading, plaintiffs will dismiss their claims for injunctive relief against the City of Rohnert Park and amend their claims for civil liability against the same. Defendants will then answer the amended complaint in accordance with the Federal Rules of Civil Procedure.

### 6. **Evidence Preservation:**

Defense counsel for the City of Rohnert Park has instructed defendants preserve all relevant evidence. Plaintiffs and the California Department of Justice have preserved evidence known to them.

///

///

LAW OFFICES OF
GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.

- 5 -
Joint Case Management Conference Statement

**7.  Disclosures**:

The parties will comply with initial disclosure requirements pursuant to FRCP 26 by the date of the CMC.

**8.  Discovery:**

No discovery has been taken to date. The parties anticipate 5 to 10 depositions and written discovery pursuant to code for each case consolidated and related in this matter.

**9.  Class Actions**:

Not applicable.

**10.  Related Cases:**

All cases have been related.

**11.  Relief**:

Plaintiffs seek injunctive relief against the State of California defendants in the form of an order declaring the AWCA is unconstitutional.

Plaintiffs seek civil damages against Officer Dean Becker and the City of Rohnert Park and Officer Lyssand and the City of Cotati.

**12.  Settlement and ADR**:

Plaintiffs have already participated in Early Neutral Evaluation with the State of California Defendants and do not feel that further ADR will be beneficial. Plaintiffs and the local entity defendants are currently conducting informal settlement negotiations and will seek the Court's assistance if that becomes necessary.

**14.  Consent to Magistrate Judge For All Purposes**

Not Applicable.

**15.  Other References:**

None.

**16.  Narrowing of Issues**:

Not applicable at this time.

**17.  Expedited Trial Procedure**:

Not necessary.

**18. <u>Scheduling</u>**:

The parties request another Case Management Conference in approximately 60 days, or as soon thereafter as is reasonable for the Court, in order to schedule hearings for dispositive motions and trial dates if trials prove necessary.

**19. <u>Trial</u>:**

The parties demand a trial by jury on all claims against the local public entity defendants. All remaining claims are equitable in nature. The Cotati defendants and the Rohnert Park defendants each demand separate trials.

**20. <u>Other</u>:**

None.

DATED: August 17, 2012         GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By   /s/
    ROBERT W. HENKELS
    Attorneys for Defendants
    CITY OF ROHNERT PARK, OFFICER DEAN BECKER, CITY OF COTATI, and ANDREW LYSSAND

DATED: August 17, 2012         LAW OFFICE OF DONALD KILMER

By   /s/
    DONALD E.J. KILMER, JR.
    Attorneys for Plaintiffs
    BRENDAN JOHN RICHARDS, THE CALGUNS FOUNDATION, INC. and THE SECOND AMENDMENT FOUNDATION, INC.

DATED: August 17, 2012         OFFICE OF THE ATTORNEY GENERAL

By   /s/
    ROSS C. MOODY
    Attorney for Defendants
    KAMALA HARRIS AND THE CALIFORNIA DEPARTMENT OF JUSTICE

///

**ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

I, Robert W. Henkels, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from plaintiffs' counsel that the content of this document is acceptable to all persons required to sign the document. I declare that this document was signed in Santa Rosa, California, on August 9, 2012.

DATED: August 17, 2012

GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By  /s/
ROBERT W. HENKELS
Attorneys for Defendants
CITY OF ROHNERT PARK, OFFICER DEAN BECKER, CITY OF COTATI, and ANDREW LYSSAND