1   Donald E.J. Kilmer, Jr. (SBN: 179986)
    E-Mail: Don@DKLawOffice.com
2   Jason A. Davis (SBN: 224250)
    E-Mail: Jason@CalGunLawyers.com
3   1645 Willow Street, Suite 150
    San Jose, California 95125-5120
4   Voice: (408) 264-8489
    Fax: (408) 264-8487
5
    Attorneys for Plaintiffs
6

7                    UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10  MARK AARON HAYNIE, BRENDAN          Case Nos.:   3:10-CV-01255 SI
    JOHN RICHARDS, THE CALGUNS                      3:11-CV-02493 SI
11  FOUNDATION, INC., and THE                       (Consolidated Cases)
    SECOND AMENDMENT
12  FOUNDATION, INC.,
            Plaintiffs,
13              vs.                     **STIPULATION AND ORDER**
14  KAMALA HARRIS, Attorney General    **Re: Deadline to File Amended**
    of California (in her official capacity)   **Complaint**
15  and CALIFORNIA DEPARTMENT
    OF JUSTICE, CITY OF ROHNERT
16  PARK, OFFICER DEAN BECKER
    (RP134), and DOES 1 TO 20,
17          Defendants.

18  _____

19
20  BRENDAN JOHN RICHARDS, THE
    CALGUNS FOUNDATION, INC.,
21  and THE SECOND AMENDMENT        Case No.:   3:11-CV-05580 SI
    FOUNDATION, INC.,                          (Related Case)
22          Plaintiffs,
            vs.                        **STIPULATION AND ORDER**
23  KAMALA HARRIS, Attorney General   **RE:   Deadline to File Amended**
    of California (in her official capacity)      **Complaint**
24  and CALIFORNIA DEPARTMENT
    OF JUSTICE, SONOMA COUNTY
25  SHERIFFS' OFFICE, SHERIFFS'
    DEPUTY GREG MYERS (SD1023)
26  and DOES 1 TO 20,
27          Defendants.

28

MAX JOSEPH PLOG-HOROWITZ,
THE CALGUNS FOUNDATION,
INC., and THE SECOND
AMENDMENT FOUNDATION, INC.,
        Plaintiffs,

                vs.

KAMALA HARRIS, Attorney General
of California, CALIFORNIA
DEPARTMENT OF JUSTICE,
COTATI POLICE DEPARTMENT,
CITY OF COTATI, ANDREW
LYSSAND (CO0339) and DOES 1 TO
20,
        Defendants.

Case No.:   3:12-CV-0452 LB

(Related Case)

**Re: Deadline to File Amended
Complaint**

IT IS HEREBY STIPULATED[1] by and between the parties through their respective attorneys of record that the Court should make case management orders in these cases based on the following:

1.    The Sonoma County Defendants were dismissed pursuant to an agreement of the Sonoma County Defendants and the Plaintiffs in *Richards v. Harris II (Sonoma County)* 3:11-CV-05580 SI.

    A.    Plaintiffs wish to Amend their Complaint in that action to reflect that dismissal.

    B.    The Defendants in that case (California Department of Justice and Kamal Harris) have consented to the filing of an Amended Complaint in that action on or before September 4, 2012.

---

[1] *Haynie v. Harris*, Case No.: 3:10-CV-01255 SI was ordered consolidated with *Richards v. Harris*, Case No.: 3:11-CV-02493 SI, in an ordered filed on October 22, 2011. (See Documents # 42 and #15 respectively.  The second *Richards v. Harris*, Case No.: 3:11-CV-05580 was ordered to be related with the first two cases in an order filed on December 21, 2011. (See documents #47 and # 20 respectively.)  The *Ploghorowitz v. Harris*, Case No.: 3:12-CV-0452 SI was ordered to be related on April 11, 2012. (See documents #32 and #20)

2.     This Court granted in part and denied in part Defendant ROHNERT PARKS's Motion to Dismiss in *Richards v. Harris I (Rohnert Park)* 3:11-CV-02493 SI in an order filed on July 30, 2012 (Doc #39) that gave Plaintiffs until August 13, 2012 to file an Amended complaint.  The Defendants in that action have consented to an extension of time to file that amended complaint to and including September 4, 2012.

3.     The Defendants in the *Ploghorowitz v. Harris*, Case No.: 3:12-CV-0452 SI have consented to the filing of an amended complaint, on or before September 4, 2012, in that action in order to have the pleadings in that case conform with the Court's rulings on July 30, 2012 in *Richards v. Harris I (Rohnert Park)* 3:11-CV-02493 SI.

4.     There is a Case Management Conference in this case currently set for August 24, 2012 at 2:30 p.m.  The parties intend for this conference to remain as set.

5.     The parties contend that judicial economy and savings to the parties would result in an order that sets a deadline of September 4, 2012 for the filing of all the necessary Amended Complaints in these cases.

**SO STIPULATED**.

Date: August 9, 2012                Date: August 9, 2012

_____/s/_____          _____/s/_____
Ross Moody,                            Donald Kilmer
Counsel for Defendants              Counsel for Plaintiffs
Harris & California Dept. of Justice

Date:  August 9, 2012

_____/s/_____
Robert W. Henkels
Counsel for Defendants
City of Rohnert Park & Becker
Counsel for Defendants
Cotati Police Department,
City of Cotati, & Lyssand

**LAW OFFICE OF DONALD KILMER, APC**
1645 Willow St., Suite 150, San Jose, CA 95125
Vc: (408) 264-8489  Fx: (408) 264-8487
Don@DKLawOffice.com

1

2  **ATTESTATION FOR COMPLIANCE WITH GENERAL ORDER 45 AND LOCAL RULE VIII.B.**

3      I, Donald Kilmer, declare under penalty of perjury under the laws of California and the United States that I have in my possession e-mail correspondence from Ross Moody, and Robert Henkels that the content of this document is acceptable to all persons required to sign the document.  I declare that this document was signed in San Jose, CA on August 9, 2012.

6  _____/s/_____

7  Donald Kilmer
   Attorney for Plaintiffs

8

9              **ORDER**

10      Plaintiffs shall have until September 4, 2012 to file an amended complaint in

11  *Richards v. Harris II (Sonoma County)* 3:11-CV-05580 SI; *Haynie v. Harris* 3:10-CV-

12  01255 SI; *Richards v. Harris I (Rohnert Park)* 3:11-CV-02493 SI; and *Ploghorowitz*

13  *v. Harris*, 3:12-CV-0452 SI .

14  Date:  8/21/12

15  _____

16              United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28